UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE IRON WORKERS'
LOCAL NO. 25 PENSION FUND;
IRON WORKERS' HEALTH FUND OF EASTERN
MICHIGAN; IRON WORKERS LOCAL NO. 25
VACATION PAY FUND; and IRON WORKERS'
APPRENTICESHIP FUND OF EASTERN MICHIGAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

      Plaintiffs,                    Case No. 13-cv-13521

v.                                            Hon. Robert H. Cleland

QUALITY STEEL FABRICATING &
ERECTING, INC., a Michigan
corporation, and THOMAS J.
STEPHENS and JANICE J. STEPHENS,
Individually,

      Defendants.
_____/

**DAVID J. SELWOCKI  P51375**
**MATTHEW I. HENZI  P57334**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
1000 Maccabees Center
25800 Northwestern Highway
Southfield MI  48075-8412
248.746.0700
brogers@swappc.com
_____/

**JUDGMENT AGAINST DEFENDANTS**
**QUALITY STEEL FABRICATING & ERECTING, INC.,**
<u>**THOMAS J. STEPHENS, AND JANICE J. STEPHENS**</u>

      This matter having come before the Court upon Plaintiffs' Motion for Entry of Default Judgment (Doc. #5); the Court having conducted a hearing on the motion on November 13, 2013 at 2:00 p.m.; and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Judgment is entered against Defendants QUALITY STEEL FABRICATING & ERECTING, INC., THOMAS J. STEPHENS, AND JANICE J. STEPHENS in the amount of $16,817.08, as requested in Plaintiffs' Motion for Entry of Default Judgment.

**IT IS FURTHER ORDERED** that Defendants abide by all terms and conditions of the applicable collective bargaining agreement regarding the payment of contributions, including, but not limited to, timely payment of contributions and posting of the required cash deposit or surety.

**IT IS FURTHER ORDERED** that jurisdiction of this matter be retained pending compliance with the Court's Orders.

s/ Robert H. Cleland
United States District Judge

Dated: November 14, 2013

Judgment Prepared By:
Douglas M. Lash P70023
Attorney for Plaintiffs

W1376871